Tanja L. Darrow, Bar No. 175502
tdarrow@littler.com
Hider J. Al-Mashat, Bar No. 291664
halmashat@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone:  213.443.4300
Facsimile:   800.715.1330

Brooke S. Hammond, Bar No. 264305
bhammond@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Facsimile:   800.715.1330

Attorneys for Defendants
PROVIDENCE HEALTH & SERVICES; PROVIDENCE
HEALTH & SERVICES - WASHINGTON;
PROVIDENCE HEALTH & SERVICES – MONTANA;
PROVIDENCE HEALTH & SERVICES – OREGON;
ANGEL PALADINO; JAIME (FLORES) LEONARD

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RONALD ALLEN M. CALANGI,

      Plaintiff,

    v.

PROVIDENCE HEALTH & SERVICES -
WASHINGTON; PROVIDENCE HEALTH
& SERVICES – MONTANA;
PROVIDENCE HEALTH & SERVICES –
OREGON; ANGEL PALADINO; JAMIE
FLORES; AMANDA SHORT and DOES 1
to 100, inclusive,

      Defendants.

Case No. 2:25-cv-00737 JLS (MAAx)

**ORDER FOR DISMISSAL**

Trial Date:          None Set
Complaint Filed:   October 1, 2024

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Beheshta Kakar, Esq., State Bar No. 339202
BKakar@Shegerianlaw.com
SHEGERIAN & ASSOCIATES
320 N. Larchmont Boulevard
Los Angeles, California 90004
Telephone Number: (310) 860 0770
Facsimile Number: (310) 860 0771

Attorneys for Plaintiff
RONALD ALLEN M. CALANGI

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

## **ORDER**

Having received the Parties Joint Stipulation for Dismissal pursuant to FRCP Rule 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT:**

This matter is dismissed with prejudice, with each side bearing their own fees and costs.

**IT IS SO ORDERED.**

Dated: _July 2, 2026_

Josephine L. Staton
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

3